JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/13/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN CORTEZ CRUZ,**<br><br>Plaintiff,<br><br>v.<br><br>**M. LEONARD & ASSOCIATES,**<br><br>Defendant. | Case No.: CV 20-10999-CJC (MRWx)<br><br>**JUDGMENT** |

In this case, Plaintiff Jonathan Cortez Cruz alleges that Defendant M. Leonard & Associates violated the Fair Debt Collection Practices Act ("FDCPA"), California's Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), and California's Consumer Credit Reporting Agencies Act ("CCRA") by "attempting to collect a debt from Plaintiff that Plaintiff does not owe." (Dkt. 1 [Complaint].) The case came before the Court on Plaintiff's motion for default judgment. (Dkt. 19.) On April 13, 2021, the Court granted Plaintiff's motion in substantial part. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff and

against Defendant.  Plaintiff is awarded $1,000 in statutory damages. $3,715 in attorney fees, and $440 in costs.

DATED: April 13, 2021

_____

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE